*Morris & Green*, for plaintiff.
*Payne & Tye* and *Clay & Blair*, for defendant.

---

GILMORE, administrator, *v.* JONES *et al.*

FISH, J.   This was a first grant of a new trial; and in view of the evidence disclosed by the record, the case falls within the provisions of section 5585 of the Civil Code.   *Judgment affirmed.   All the Justices concurring.*

Argued May 10,—Decided August 2, 1899.

Appeal.  Before  Judge  Gober.  Talbot  superior  court. December 15, 1898.

*A. P. Persons* and *J. M. Mathews*, for plaintiff in error.

*J. H. McGehee, J. J. Bull*, and *A. J. Perryman*, contra.